UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA HUGHES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED OF OMAHA LIFE<br>INSURANCE COMPANY,<br><br>　　　　　　Defendant. | No. 1:17-cv-00779-DAD-SAB<br><br>ORDER GRANTING STIPULATION TO <u>CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS</u><br><br>(Doc. No. 7) |

On July 11, 2017, the parties filed a stipulation requesting that the court continue the hearing on defendant's pending motion to dismiss (*see* Doc. No. 5). Good cause having been shown and pursuant to the parties' stipulation:

1. The hearing on defendant's motion to dismiss (Doc. No. 5) is continued to **September 6, 2017**, at **9:30 a.m.** in Courtroom 5 (DAD) before District Judge Dale A. Drozd;
2. The initial scheduling conference, currently set for August 14, 2017, is vacated; and
3. Within seven days of this order, the parties are directed to contact Mamie Hernandez, Courtroom Deputy to Magistrate Judge Stanely A. Boone, at

/////

/////

/////

1

mhernandez_@caed.uscourts.gov or (559) 499-5672, to re-schedule the initial scheduling conference.

IT IS SO ORDERED.

Dated: **July 11, 2017**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE