# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA HUGHES,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>        Defendant. | Case No. 1:17-cv-00779-DAD-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE A RESPONSIVE PLEADING ON OR BEFORE OCTOBER 20, 2017 |

This action was removed from the Tulare County Superior Court to the Eastern District of California on June 6, 2017. (ECF No. 1.) On June 13, 2017, Defendant United of Omaha Life Insurance Company filed a motion to dismiss which was denied on October 10, 2017. (ECF Nos. 5, 17.) The mandatory scheduling conference in this action is set for October 30, 2017, at 3:00 p.m. in Courtroom 9. (ECF No. 9.)

Pursuant to Federal Rule of Civil Procedure 12, unless the Court sets a different date, Defendant's responsive pleading is due within fourteen days of notice of the denial of the motion to dismiss. Fed. R. Civ. P. 12(a)(4)(A). To accommodate the upcoming scheduling conference, Defendant shall be required to file a responsive pleading on or before October 20, 2017. The parties are advised that the joint scheduling report is due on October 23, 2017.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that Defendant shall file a pleading responsive to the first amended complaint on or before **October 20, 2017**.

IT IS SO ORDERED.

Dated: **October 11, 2017**

_____
UNITED STATES MAGISTRATE JUDGE