# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA HUGHES,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 1:17-cv-00779-DAD-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>THIRTY DAY DEADLINE<br><br>(ECF No. 23) |

On January 18, 2018, Defendant filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within thirty days of the date of service of this order.

IT IS SO ORDERED.

Dated: **January 19, 2018**

UNITED STATES MAGISTRATE JUDGE

1